# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 20-7556 MRW | Date | February 18, 2021 |
| Title | Orlando Garcia v. Delfina Vildozola Rodriguez | | |

Present: The Honorable   Michael R. Wilner

| Veronica Piper | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS) ORDER RE: DISMISSAL**

The parties filed a stipulation to dismiss this case with prejudice. (Docket # 28.) This action is dismissed with prejudice.